**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3863-23

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

IVAN RIVERA,

    Defendant-Appellant.

_____

Submitted January 12, 2026 – Decided January 15, 2026

Before Judges Sabatino and Bergman.

On appeal from the Superior Court of New Jersey, Law Division, Essex County, Indictment Nos. 18-08-2581 and 18-08-2582.

Jennifer N. Sellitti, Public Defender, attorney for appellant (Monique Moyse, Designated Counsel, on the brief).

Theodore N. Stephens, II, Essex County Prosecutor, attorney for respondent (Shep A. Gerszberg, Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

The parties to the appeal have resolved the issues between them, in accordance with the stipulation they have filed in which defendant voluntarily dismissed the appeal. The appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

M.C. Harley

Clerk of the Appellate Division

2

A-3863-23